IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS FIORANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 13-121-RGA |
| | ) |
| HEWLETT PACKARD CORP., et.al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 15th day of Feb, 2013,

the Court having considered the long form application to proceed without prepayment of fees, filed on February 11, 2013 (D.I. # 4), under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE