IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS FIORANI, <br> a/k/a Rosario A. Fiorani <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD CORP., et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civ. No. 13-121-RGA <br> : <br> : <br> : |

## ORDER

At Wilmington this 26th day of April, 2013, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Clerk of Court is directed to CLOSE the case.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE